

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00171-CV

———————————————

IN RE PHILLIP MARTIN GARRISON AND CARL BENTON GARRISON,
Relators

Original Proceeding
Probate Court of Denton County, Texas
Trial Court No. PR-2021-00576

Before Bassel, Birdwell, and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of injunction and emergency motion for temporary stay and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of injunction and emergency motion for temporary stay are denied.

Per Curiam

Delivered: June 9, 2021